535 A.2d 1054

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Miles DOSS.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1988.

Decided Jan. 22, 1988.

John A. Reilly, Dist. Atty., Dennis C. McAndrews, Asst. Dist. Atty., Sandra L. Elias, Deputy Dist. Atty., Chief, Law & Appeals Unit, for appellant.

Marilyn J. Gelb, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

McDERMOTT and PAPADAKOS, JJ., dissent.